**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **MUSTAFA AWAD, #1017355,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **3:12-CV-0600-D** |
| | § | |
| | § | |
| **JACOBY HOSPITAL,** | § | |
| **Defendant.** | § | |

## <u>ORDER</u>

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct.  It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Plaintiff has not filed objections to the magistrate judge's March 30, 2012 findings, conclusions, and recommendation, but he has filed a motion for appointment of counsel.  Because his lawsuit is frivolous and there is no reasonable basis to conclude that appointed counsel could demonstrate that it is not frivolous, the court denies the motion.

**SO ORDERED**.

May 2, 2012.

_Sidney A. Fitzwater_
SIDNEY A. FITZWATER
CHIEF JUDGE